✔ JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMARA L. T.,** ) | **NO. CV 22-6468-KS** |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **MARTIN O'MALLEY,** ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and the above-captioned action is dismissed with prejudice.

DATE: March 19, 2024

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE